IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00013-CR

 

Alicia Lewis,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the County Court at Law

Ellis County, Texas

Trial Court No. 0911956 CR

 



MEMORANDUM  Opinion










 

            Alicia Lewis was found to be in contempt
of court and sentenced to 180 days in jail.  She appealed.  The Clerk of this
Court warned Lewis that the appeal was subject to dismissal because there is no
right of appeal from an order of contempt.  See Ex parte Eureste,
725 S.W.2d, 214, 216 (Tex. Crim. App. 1986); Ex parte Moorehouse, 614
S.W.2d 450, 451 (Tex. Crim. App. 1981); Hubbard v. State, 265 S.W.3d
434, 435 (Tex. App.—Houston [1st Dist.] 2007, no pet.).  The Clerk also warned
Lewis that unless a response was filed showing grounds for continuing the
appeal, the appeal would be dismissed.

            Counsel for Lewis responded that Lewis
was pursuing a writ of habeas corpus and that a family member or friend had
filed the notice of appeal.  

            Accordingly, this appeal is dismissed.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed February 10, 2010

Do
not publish 

[CR25]